JaVonne M. Phillips, Esq., SBN 187474
Kelly Ann Tran, Esq., SBN 254476
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (619) 685-4800
Fax (619) 685-4810

Attorney for: Secured Creditor,
EMC Mortgage Corporation as servicing agent for Citibank, N.A., as Trustee for certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6, assigns and/or successors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Douglas E. Clymer,<br>Wendy Clymer,<br><br>          Debtors.<br>_____<br>EMC Mortgage Corporation as servicing agent for Citibank, N.A., as Trustee, assigns and/or successors in interest,<br><br>          Secured Creditor,<br>  v.<br><br>Douglas E. Clymer, Wendy Clymer, Debtors; and Lawrence J. Loheit, Chapter 13 Trustee,<br><br>          Respondents.<br>_____ | ) Case No. 09-29996<br>)<br>) DC No.: KAT-1<br>)<br>)<br>) Chapter 13<br>)<br>)<br>)<br>) **MOTION FOR RELIEF FROM**<br>) **AUTOMATIC STAY**<br>)<br>)<br>)<br>) Date: 12/8/09<br>) Time: 1:00 p.m.<br>) Ctrm: 34, 6th Floor<br>) Place: 501 I Street<br>)        Sacramento, CA<br>)<br>) Judge: Robert S. Bardwil<br>)<br>)<br>)<br>) |

EMC Mortgage Corporation as servicing agent for Citibank, N.A., as Trustee for certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6, assigns and/or successors ("Secured Creditor" or "Movant" herein), moves this Court for an Order Terminating the Automatic Stay of 11 U.S.C. § 362 as to moving party (and the Trustee under the Deed of Trust securing moving party's claim) so that moving party and its Trustee may commence and continue all acts necessary to foreclose under the Deed of Trust secured by the Debtors property, commonly known as 2201 Drusy Avenue, Sacramento, CA 95834, ("Property" herein). **See Exhibit "1"**.

A copy of Secured Creditor's Relief From Stay Information Sheet is filed concurrently herewith as a separate document pursuant to Local Rules of Court.

As stated in the attached Declaration, the Debtors have failed to make five post-petition payments (06/01/09 through 10/01/09).

Debtors' Amended Plan filed on 8/24/09 lists Secured Creditor's claim in Class 4, where payments are to be made by the Debtor or a third person. To date, the Debtors' Amended Plan has not been confirmed.

Based on the foregoing, Secured Creditor alleges that Secured Creditor is not adequately protected. Secured Creditor is not receiving regular monthly payments, and is unfairly delayed from proceeding with the foreclosure of the subject Property. Accordingly, relief from the automatic stay should be granted to Secured Creditor pursuant to 11 U.S.C. § 362(d)(1) and (2).

WHEREFORE, Secured Creditor prays for judgment as follows:

1. For an Order granting relief from the automatic stay, permitting Secured Creditor to proceed with the foreclosure under Secured Creditor's Deed of Trust, and to sell the subject Property at a trustee's sale under the terms of the Deed of Trust to proceed with any and all post foreclosure sale remedies, including the unlawful detainer action or any other action necessary to obtain possession of the Property.
2. For an Order that the 10-day described by Bankruptcy Rule 4001(a)(3) be waived.

3. For an Order modifying the automatic stay to protect Secured Creditor's interest, as the Court deems proper.
4. For attorneys' fees and costs incurred herein.
5. For such other relief as the Court deems proper.
6. The Moving Party, at its option, may offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement as allowed by state law. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

Dated: November 6, 2009    McCarthy & Holthus, LLP

By: /s/ Kelly Ann Tran
Kelly Ann Tran, Esq.
Attorney for Secured Creditor
EMC Mortgage Corporation as servicing agent for Citibank, N.A., as Trustee for certificateholders of Structured Asset Mortgage Investments II Trust 2007-AR6, Mortgage Pass-Through Certificates, Series 2007-AR6, assigns and/or successors