FILED
December 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D58

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Douglas E. Clymer and Wendy Clymer | **Case No :** | 09-29996 - D - 13L |
| | | **Date :** | 12/8/09 |
| | | **Time :** | 01:00 |
| **Matter :** | 48 - Motion/Application for Relief from Stay [KAT-1] Filed by Creditor EMC Mortgage Corporation (Fee Paid $150) (bres) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Nancy Williams | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted as provided in this order. Automtaic stay vacated; no further relief afforded. Resolved without oral argument.

Dated: December 10, 2009

*Robert S. Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court