2009-29996
FILED
January 04, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA



0002322406

**3**

REYSNER LAW OFFICE
PIOTR G. REYSNER – 210937
4110 Truxel Rd., Suite A
Sacramento, CA 95834
Ph: (916) 575-7621
Fax: (916) 760-7108


Attorney for Debtors


# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Case No.: 2009-29996 |
|  | ) DC No.: REY-3 |
|  | ) |
|  | ) ORDER CONVERTING CASE FROM |
| DOUGLAS E. CLYMER | ) CHAPTER 13 TO CHAPTER 7 |
| WENDY CLYMER | ) (11 U.S.C. § 1307(a) |
|  | ) |
| Debtors | ) Location: United States Bankruptcy Court |
|  | ) 501 I St., 6th Floor |
|  | ) Sacramento, CA |
|  | ) Date: N/A |
|  | ) Time: N/A |
|  | ) Dept: D |
|  | ) Courtroom: 34 |
|  | ) Judge: Honorable Robert Bardwill |

**ORDER CONVERTING CASE UNDER CHAPTER 13 TO A CASE
UNDER CHAPTER 7**

The Debtor(s) filed a declaration, in accordance with 11 U.S.C. § 1307(a), seeking to

convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code (Title 11 of

the United States Code). The court has considered the record and finds that this case should be

converted to a Chapter 7 case.

IT IS ORDERED THAT:

1. This Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.

ORDER CONVERTING CASE FROM CHAPTER 13 TO CHAPTER 7

RECEIVED
January 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002322406

2. The Chapter 13 Trustee within 30 days of the date of this Order shall file an accounting of all receipts and distributions made, together with a schedule of all unpaid debts incurred after the commencement of the Chapter 13 case, as required by Federal Rule of Bankruptcy Procedure 1019(5).

3. The Chapter 13 Trustee forthwith shall turn over to the Chapter 7 Trustee all records and property of the estate remaining in the Chapter 13 Trustee's custody and control, as required by Federal Rule of Bankruptcy Procedure 1019(4).

4. The Debtor(s) within 15 days of the date of this order shall file the statements and schedules required by Bankruptcy Rules 1019(1)(A) & 1007(c), if such documents have not already been filed.

5. The Debtor(s) within 30 days of the date of this Order shall, if the case is converted after the confirmation of a plan, file:

a) a schedule of all property not listed in the final report and account of the Chapter 13 Trustee which was acquired after the commencement of the Chapter 13 case but before the entry of this conversion order;

b) a schedule of executory contracts entered into or assumed after the commencement of the Chapter 13 case but before the entry of this conversion order;

c). a schedule of unpaid debts not listed in the final report and account of the Chapter 13 Trustee which were incurred after the commencement of the Chapter 13 case but before the entry of this conversion order, as required by Federal Rule of Bankruptcy Procedure 1019(5); and

d). a statement of intention with respect to retention or surrender of property securing consumer debts, as required by 11 U.S.C. § 521(2)(A), and Federal Rule of Bankruptcy

///

///

Procedure 1019(1)(B), and conforming to Official Form 8A.

                e)  file a new means test, form 22a

DATED:

Dated:  January 04, 2010

                                             Robert S. Bardwil, Judge
                                             United States Bankruptcy Court